IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Julius Jones,

    Petitioner,                    No. CIV S-04-0950 LKK CMK

    vs.

Dave Runnels, Warden, et al.,

    Respondents.

    _____/    <u>ORDER</u>

        Petitioner has filed three requests for an enlargement of time to file either a statement that he will stand on his existing petition and supplemental authorities, an amended petition that will proceed on exhausted claims only, or an amended petition containing only exhausted claims and a request for a stay pending exhaustion. Pursuant to petitioner's third and last request for an extension, the court granted him until May 9, 2005, for such filing. To date petitioner has filed neither a statement that he will stand on his current petition nor an amended petition for a writ of habeas corpus.

///

///

///

///

1  IT IS ORDERED THAT petitioner will file a statement that he will stand on his
2  existing petition or an amended petition within two weeks from the date this order is served.  If
3  petitioner fails to file such, the court will consider this to mean that petitioner intends to proceed
4  on his existing petition for a writ of habeas corpus.

6  DATED: October 5, 2005.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE