IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Julius Jones

    Petitioner,               No. CIV S-04-0950 LKK CMK P

    vs.

Dave Runnells, Warden, et al.,

    Respondents.

_____/    <u>ORDER</u>

        On October 6, 2005, this court ordered petitioner to, within two weeks, either file an amended petition or to file a statement that he will stand on his existing petition. Petitioner has responded to the court's order.

        In his response, petitioner's counsel, Victor Holtom, states that he will no longer be able to represent Mr. Jones due to other professional and personal involvements. He requests that the court allow him to make arrangements to secure the appointment of replacement counsel for Mr. Jones through the Federal Public Defender's Office. The court will grant Mr. Holtom's request. Any substitution of attorneys must comply with Local Rule 83-182.

///

///

///

IT IS ORDERED that:

1. Within 30 days of the date that this order is filed, petitioner shall file a motion for substitution of counsel which complies with Local Rule 83-182; and

2. Within 30 days after the date of appearance of substitute counsel, the new counsel shall inform the court whether petitioner will stand on his existing petition and supplemental points and authorities, file an amended petition that will proceed on exhausted claims only, or file an amended petition containing exhausted claims and a request for a stay pending exhaustion.

DATED: November 1, 2005.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26