# IN THE UNTIED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS JONES, | Civ-S-04-0950 LKK CMK P |
| Petitioner, | **SUBSTITUTION OF ATTORNEY; ORDER** |
| v. | |
| DAVE RUNNELS, Warden, et al. | |
| Respondents. | |

PLEASE TAKE NOTICE that defendant, JULIUS JONES, defendant in the above-entitled matter, hereby substitutes the Law Office of KRISTA HART, in the place and stead of the present attorney of record, VICTOR S. HALTOM, as his attorney of record. The new address of record is 428 J Street, Suite 358, Sacramento, CA 95814. Telephone number (916) 498-8398.

The parties below hereby agree and consent to the above substitution.

Dated: December 2, 2005

/s/
VICTOR S. HALTOM
Attorney at Law

Dated: December 2, 2005

/s/
KRISTA HART
Attorney at Law

IT IS SO ORDERED.

DATED:   January 9, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE