IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS JONES,

    Plaintiff,                    No. CIV S-04-0950 LKK CMK P

    vs.

DAVE RUNNELS, Warden, et al.,

    Defendants.             ORDER

_____/

        Plaintiff has filed his second request for an extension of time to file and serve a response to the court's order filed October 6, 2005. Good cause appearing, the request will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's February 9, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve a response to the court's order filed October 6, 2005.

DATED: February 22, 2006.

                                                                                        **CRAIG M. KELLISON**
                                                                                         UNITED STATES MAGISTRATE JUDGE