IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS JONES,

    Petitioner,                    No. CIV S-04-0950 LKK CMK P

    vs.

DAVE RUNNELS, et al.,

    Respondents.

_____/    <u>ORDER</u>

    Petitioner, who is represented by counsel, is proceeding with an application for a writ of habeas corpus. Petitioner has filed a request for a sixty day extension of time to file an amended petitioner.

    Good cause appearing, IT IS ORDERED THAT petitioner is granted sixty days from the date of this order to either file a statement that petitioner will stand on his existing petition or file an amended petition.

DATED: April 5, 2006.

                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE