IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS JONES,

    Petitioner,                               No. CIV S-04-0950 LKK CMK P

    vs.

DAVE RUNNELS, et al.,

    Respondents.

_____/       ORDER

        On August 7, 2006, petitioner filed a status report indicating that counsel had obtained all necessary records, had to prepare an amended petition, and had to meet with petitioner to review said amended petition. Accordingly, petitioner's counsel requests an additional time to file an amended petition.

        Good Cause Appearing, IT IS ORDERED THAT petitioner is granted an extension of time to file an amended petition, and petitioner shall file an amended petition on or before August 28, 2006.

DATED: August 10, 2006.

                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE