IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS JONES,

     Petitioner,          No. CIV S-04-0950 LKK CMK P

   vs.

DAVE RUNNELS, et al.,

     Respondents.        <u>ORDER</u>

_____/

     Petitioner has requested an extension of time to file an amended petition.  Good cause appearing, IT IS HEREBY ORDERED that:

     1. Petitioner's August 28, 2006 request for an extension of time is granted; and

     2. Petitioner is granted sixty days from the date of this order in which to file an amended petition.   The response shall be filed forty-five days thereafter.

DATED:  September 21, 2006.

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE