IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS JONES,

    Petitioner,                    No. CIV S-04-0950 LKK CMK P

    vs.

DAVE RUNNELS, et al.,

    Respondents.

_____/      ORDER

    Petitioner, who is represented by counsel, is proceeding with an application for a writ of habeas corpus. On March 7, 2007, petitioner filed a request for a six day extension of time to file an amended petition.

    Good cause appearing, IT IS ORDERED THAT petitioner is granted a six day extension of time to file an amended petition. An amended petition is due on or before March 13, 2007. As noted in previous orders, a response is due forty-five days after the amended petition is filed.

DATED: March 13, 2007.

                        **CRAIG M. KELLISON**
                        UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26