IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS JONES,                                              No. CIV S-04-0950-LKK-CMK-P

      Petitioner,

  vs.                                                              <u>ORDER</u>

DAVID RUNNELS, et al.,

      Respondents.

_____/

      Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's motion for an extension of time to respond to the court's May 16, 2007, order to show cause.  Good cause appearing therefor, petitioner's request is granted.  Petitioner shall file a response to the order to show cause within 60 days of the date of this order.

      IT IS SO ORDERED.

DATED:  June 18, 2007.

 

                                       **CRAIG M. KELLISON**
                                       UNITED STATES MAGISTRATE JUDGE