IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS JONES, | No. CIV S-04-0950-LKK-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| DAVID RUNNELS, et al., | |
| Respondents. | |
| _____/ | |

      Petitioner, a state prisoner proceeding with counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's motion for an extension of time (Doc. 48), filed on August 20, 2007.  The court previously granted petitioner 60 additional days to respond to the order to show cause.  Petitioner is now requesting two additional days.  Good cause appearing therefor, petitioner's request is granted.  Petitioner shall file a response to the order to show cause on or before August 23, 2007.

      IT IS SO ORDERED.

DATED:  August 21, 2007.

                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE