IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS JONES, | No. CIV S-04-0950-LKK-CMK-P |
|     Petitioner, | |
|     vs. | ORDER |
| DAVID RUNNELS, et al., | |
|     Respondents. | |

Petitioner, a state prisoner proceeding with counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's request for information on his appointed counsel. This request is granted to the extent that petitioner is informed that Krista Hart has been appointed to represent him in this matter and has not been relieved by this court. Ms. Hart requested an extension of time to respond to this court's Findings and Recommendations filed December 19, 2007. That request was granted, and appointed counsel filed the objections on February 27, 2008.

/ / /

/ / /

/ / /

/ / /

1

1            The Clerk of the Court is directed to serve a copy of this order on petitioner at
2    Folsom State Prison, P.O. Box 71, Represa, CA 95671, as well as appointed counsel.
3            IT IS SO ORDERED.

5    DATED: February 28, 2008

                                            _____
7                                            **CRAIG M. KELLISON**
                                             UNITED STATES MAGISTRATE JUDGE