IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS JONES,  No. CIV S-04-0950-LKK-CMK-P

    Petitioner,

  vs.  ORDER

DAVID RUNNELS, et al.,

    Respondents.

_____/

        Petitioner, a state prisoner proceeding with counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner brought a motion for stay of habeas proceedings pending exhaustion in state court of unexhausted claims on March 13, 2007. By findings and recommendations, the undersigned recommended the motion be denied. By order filed March 14, 2008, the findings and recommendations have been adopted in full.

        This action is currently proceeding on petitioner's original petition filed May 14, 2004. Petitioner attached a copy of his proposed amended petition to his motion to stay, which included unexhausted claims. Now that his motion to stay these proceedings has been denied, petitioner is to inform the court whether he intends to stand on the existing petition or whether he plans on filing an amended petition with only exhausted claims. Given the length of time this case has been pending due to numerous extensions of time being requested and granted, the court

1 is not inclined to provide petitioner an exorbitant amount of time to continue to prosecute this
2 case.
3         Therefore, petitioner is to file a statement informing the court how he intends to
4 proceed within 20 days of the date of this order.  If petitioner's intention is to file an amended
5 petition, he will have a limited amount of time in which to do so.  If petitioner's intention is to
6 stand on his original petition, the respondent will be directed to file a response.
7         IT IS SO ORDERED.

 DATED:  March 26, 2008

                                        _____
                                         **CRAIG M. KELLISON**
                                         UNITED STATES MAGISTRATE JUDGE