IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JULIUS JONES,** | 2:04-CV-0950 LKK CMK P |
| Petitioner, | **ORDER** |
| v. | |
| **D. H. RUNNELS, ET AL.,** | |
| Respondent. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's answer to Petitioner's petition for Writ of Habeas Corpus be filed on or before September 5, 2008.

DATED: July 2, 2008

_Craig M. Kellison_
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1